UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                          §
                                §
    Tiffane Tenelle Johnson     §          19-44128-MXM
                                §
        Debtor (s)              §          Bankruptcy Case No.
                                §

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _X_ creditor __ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited:

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | Dilks & Knopik, LLC as assignee to Tiffane Tenelle Johnson |
| 2. | **Name and Title of Authorizing Officer or Representative** | Andrew T. Drake – Vice President |
| 3. | **Current Mailing Address** | 35308 SE Center St, Snoqualmie, WA 98065 |
| 4. | **Telephone Number** | 425-836-5728 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | 74-3049851 |
| 6. | **Amount Being Claimed** | $4,707.20 |

I, Andrew T. Drake, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date: January 6, 2025 Claimant Signature:

Subscribed and Sworn to Before Me this 6th day of January, 2025

Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Tiffane Tenelle Johnson | § | 19-44128-MXM |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

## CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance because:

Dividends were not collected by the debtor, Tiffane Tenelle Johnson. Tiffane Tenelle Johnson has assigned her unclaimed funds to the claimant, Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 01/03/2025 (Docket # 77).

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

January 6, 2025
DATE

Andrew T. Drake, Vice President
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
admin@dilksknopik.com

Subscribed and Sworn to Before Me this 6th day of January, 2025

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Tiffane Tenelle Johnson | § | 19-44128-MXM |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

US Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: January 6, 2025

Andrew T. Drake
Dilks & Knopik, LLC

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Andrew T. Drake, Vice President of Dilks & Knopik, LLC hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Dated:   <u>January 6, 2025</u>

                                      Andrew T. Drake, Vice President
                                      35308 SE Center Street
                                      Snoqualmie, WA  98065
                                      (425) 836-5728

On <u>January 6, 2025</u> before me, Andrew T. Drake, personally appeared, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.  WITNESS my hand and official seal.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Matthew Zettley, Notary Public
My commission expires: February 19, 2026
Notary in and for the State of Washington

# U.S. Courts Unclaimed Funds Locator

Home    About

## Court / TXNB

Edit Search

| Case Number | 19-44128 | Page Total | $4,707.20 |
| Last/Business Name | Johnson | First Name | Tiffane |

## Creditors | 1

| | Court | Creditor Name* | Amount |
| --- | --- | --- | --- |
|  | TXNB | Tiffane Johnson | $4,707.20 |

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX  76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: TIFFANE TENELLE JOHNSON | § <br> § <br> § <br> § <br> § | CASE NO: 19-44128-MXM |
| **DEBTOR** | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| TIFFANE TENELLE JOHNSON <br> 2440 OPALINE DR <br> AUBREY, TX  76227 | 08/29/2023 | $4,707.20 |

/s/  Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE <u>NOT</u> ENTITLED TO THE FUNDS.

TIFFANE TENELLE JOHNSON
2440 OPALINE DR
AUBREY, TX  76227

TIFFANE TENELLE JOHNSON
2440 OPALINE DR
AUBREY, TX  76227

Case No:  19-44128-MXM                                    TIFFANE TENELLE JOHNSON

Notice to Deposit Unclaimed Funds to the United States Treasury                    Page 2 of 2

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 11/22/2023:

/s/   Tim Truman

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

TIFFANE TENELLE JOHNSON,  2440 OPALINE DR,  AUBREY, TX  76227-0000

**ELECTRONIC SERVICE:**

SHUSTER LAW, 860 HEBRON PKWY STE 303, LEWISVILLE, TX  75057
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX  75001
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX  78680
HENRY ODDO AUSTIN & FLETCHER, 1700 PACIFIC STE 2700, DALLAS, TX  75201
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Texas

In re    Tiffane Tenelle Johnson _____ ,    Case No. _ 19-44128-MXM _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Dilks & Knopik, LLC _____              Tiffane Tenelle Johnson _____
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):    Debtor Refund
Should be sent:                                                Amount of Claim: _____

35308 SE Center Street                                       Date Claim Filed: _____
Snoqualmie WA 98065


Phone:    425-836-5728 _____              Phone:  940-465-6969 _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____ /s/ Brian J Dilks - President _____    Date:__ 1/3/2025 _____
              Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**CERTIFICATE OF LLC RESOLUTION**

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 22 day of

July , 2024.

_____
Brian J Dilks – Member

Date: 7/22/24

Subscribed and sworn to me this 7/22/2024

Notary Signature

My Commission Expires: 2/19/2026

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 7-22-2024

Subscribed and sworn to me this 7/22/2024

Notary Signature

My Commission Expires: 2/19/2026



**WASHINGTON**
Secretary of State
Corporations & Charities Division

<table>
<tr><td>
Filed<br>
Secretary of State<br>
State of Washington<br>
Date Filed: 05/14/2024<br>
Effective Date: 05/14/2024<br>
UBI #: 602 211 447
</td></tr>
</table>

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2025**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT   RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA**

Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|-------|------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
05/14/2024

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

Title:

☑  This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00







## Dilks & Knopik

*When Success Matters*

**Brian J Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x101
Fx. 877-209-8249
brian.dilks@dilksknopik.com
www.dilksknopik.com

BBB
accredited
since 2003



## Dilks & Knopik

*When Success Matters*

**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB
accredited
since 2003



## Dilks & Knopik

*When Success Matters*

**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com



## PHOTO ID



MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

On this 6th day of January, 2025. I certify
that the preceding or attached document titled
(Assignment Agreement), (___ pages) is a true,
accurate and complete copy of the original being held
at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley, Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of December 31, 2024 (the "Effective Date") by and between
Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee")
and Tiffane Tenelle Johnson with an address of 4300 Cozy Pine Dr, Argyle TX 76226 (the "Assignor").

1.  Assignor is/was a debtor in the case (19-44128-MXM)  as filed in the Northern District of Texas (the "Case"). As a
    debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the
    approximate amount of $4,707.20 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal
    Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The
    Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2.  Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such
    collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of
    Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree
as follows:

3.  **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the
    Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed
    Funds Registry.

4.  **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum **$3,138.13** which sum shall be
    remitted to Assignor. Payment will be remitted to the Assignor for the above stated amount within 14 days of the
    claim/application/motion being submitted to court. **In the event Assignee recovers an amount over and above the
    Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5.  **Assignor** Warranty. Assignor represents and warrants to Assignee that no payment or other distribution has been
    received by or on behalf of Assignor in full or partial satisfaction of the assigned asset or assigned rights, that Assignor
    has not sold or assigned, and shall not sell or further assign the rights, in whole or in part, herein assigned to Assignee
    to any other third party; and that Assignor shall cooperate with Assignee by providing or executing any additional
    information or document(s), without delay, deemed necessary for the recovery of the assigned Funds by Assignee,
    failure to do so shall be a breach of this Agreement.

6.  **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited
    purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik,
    LLC as its attorney-in-fact.

7.  This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject
    matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written
above.

Assignor: _____        Assignee: _____
         **Tiffane Tenelle Johnson**                  Dilks & Knopik, LLC
                                                      Andrew T. Drake – Vice President

**TIFFANE TENELLE JOHNSON**
E-signed 2025-01-02 07:10AM CST
tiffane.johnson@gmail.com                    Adobe Acrobat Sign Transaction Number: CBJCHBCAABAAqgSo_T0pDdOSfAfXE_OaknrZiH_Ufi07



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Tiffane Tenelle Johnson ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Tiffane Tenelle Johnson
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 19-44128-MXM
Chapter: 13
Amount: $4,707.20

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, December 31, 2024.

X_____
**Tiffane Tenelle Johnson**

**TIFFANE TENELLE JOHNSON**
E-signed 2025-01-02 07:10AM CST
tiffane.johnson@gmail.com

Adobe Acrobat Sign Transaction Number: CBJCHBCAABAAqgSo_70pDdOSfANXE_OaknrZiH_UfI07



# TTJohnson Case Assignment

Final Audit Report                                    2025-01-02

| | |
|---|---|
| Created: | 2024-12-31 |
| By: | Brian Baguhn (bbaguhn@dilksknopik.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqgSo_70pDdOSfANXE_OaknrZiH_Ufl07 |

## "TTJohnson Case Assignment" History

📄 Document created by Brian Baguhn (bbaguhn@dilksknopik.com)
2024-12-31 - 9:09:23 PM GMT

📧 Document emailed to tiffane.johnson@gmail.com for signature
2024-12-31 - 9:10:11 PM GMT

📄 Email viewed by tiffane.johnson@gmail.com
2025-01-02 - 1:09:52 PM GMT

✍️ Signer tiffane.johnson@gmail.com entered name at signing as TIFFANE TENELLE JOHNSON
2025-01-02 - 1:10:26 PM GMT

✍️ Document e-signed by TIFFANE TENELLE JOHNSON (tiffane.johnson@gmail.com)
Signature Date: 2025-01-02 - 1:10:28 PM GMT - Time Source: server

✅ Agreement completed.
2025-01-02 - 1:10:28 PM GMT



Address Proof
Of Record

Photo ID



CLASS: C-Single or comb veh w/ GVWR ≤ 26,000 lbs which transports placarded
HAZMAT or ≤ 16 pass, including driver

REST: A - With corrective lenses

END: NONE

REV: 02/23/2020

Directive to physician
has been filed at Texas

Emergency Contact

Allergic reaction to
drugs:

TEXAS ROADSIDE ASSISTANCE: 1-800-525-5555

Photo ID

**Juli Luke**
**County Clerk**

---

**Instrument Number:**  149007

ERecordings-RP

WARRANTY DEED

---

Recorded On: December 27, 2018 04:11 PM                    Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $34.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                        **Record and Return To:**

Document Number:     149007                                  eRx
Receipt Number:      20181227000696
Recorded Date/Time:  December 27, 2018 04:11 PM
User:                Carol K
Station:             Station 24

---



**STATE OF TEXAS**
**COUNTY OF DENTON**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX

Address Proof
Of Record

*170-181°202071*

**Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: Your Social Security Number or your Driver's License Number.**

## GENERAL WARRANTY DEED

GF No.: **170-181707071**

THE STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF **DENTON**

THAT **D.R. HORTON - TEXAS, LTD., a Texas Limited Partnership,** hereinafter referred to as "Grantor" (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to Grantor in hand paid by **TIFFANE JOHNSON, AN UNMARRIED WOMAN,** whose mailing address is **2440 OPALINE DRIVE, AUBREY, TEXAS 76227,** hereinafter referred to as "Grantee" (whether one or more), the receipt and sufficiency of which is hereby acknowledged and confessed, and for the further consideration of the execution and delivery by said Grantee of one certain Promissory Note in the original principal sum of **$253,880.00,** of even date herewith, payable to the order of **DHI MORTGAGE COMPANY, LTD.,** hereinafter called "Mortgagee," and bearing interest at the rate therein provided; said Note containing an attorney's fee clause and acceleration of maturity clause in case of default, and being secured by Vendor's Lien and Superior Title retained herein in favor of said Grantor and assigned to Mortgagee, and also being secured by a Deed of Trust of even date herewith from Grantee to **ANGELA R. HERNANDEZ,** Trustee; and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the property hereinafter described, as evidenced by the above described Promissory Note, and said Vendor's Lien and Superior Title against said property securing the payment of said Promissory Note are hereby assigned, transferred and delivered without recourse to Mortgagee, Grantor hereby conveying to said Mortgagee the said Superior Title to said property, subrogating said Mortgagee to all rights and remedies of Grantor in the premises by virtue of said liens;

And Grantor has BARGAINED, SOLD, GRANTED AND CONVEYED, and by these presents does BARGAIN, SELL, GRANT AND CONVEY, unto said Grantee, the following described real property, to wit:

**LOT 6, BLOCK "B", OF HILLSTONE POINTE PHASE 1, A SUBDIVISION IN DENTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. 2017-411, PLAT RECORDS OF DENTON COUNTY, TEXAS**

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said Grantee and Grantee's heirs and assigns, FOREVER. Grantor does hereby bind Grantor and Grantor's heirs, executors, and administrators, TO WARRANT AND FOREVER DEFEND all and singular the said premises unto the said Grantee and Grantee's heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.

The contract between Grantor as the seller and Grantee as the buyer may contain limitations as to warranties; to the extent said contract provides for such limitations to survive this conveyance they shall be deemed incorporated herein by reference. The warranty of title contained in this Deed is hereby expressly excluded from the limitations referenced in this paragraph.

Taxes of every nature for the current year have been prorated and are assumed by GRANTEE. This conveyance is made subject to, all and singular, the restrictions, mineral reservations, royalties, conditions, easements, and covenants, if any, applicable to and enforceable against the above-described property as reflected by the records of the County Clerk of the aforesaid County.

Address Proof
Of Record

But it is expressly agreed that the Grantor herein reserves and retains for Grantor and Grantor's heirs and assigns, a Vendor's Lien, as well as the Superior Title, against the above described property, premises and improvements, until the above described Promissory Note and all interest thereon have been fully paid according to the terms thereof, when this Deed shall become absolute, which Vendor's Lien and Superior Title have been assigned, transferred, and delivered without recourse to Mortgagee as set forth above.

WHEN this Deed is executed by more than one person, or when the GRANTOR or GRANTEE is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed to correspond; and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns." Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be.

DATED the _27_ day of _Dec_ , 20 _18_ .

**D.R. HORTON - TEXAS, LTD., a Texas Limited Partnership**

By: **D.R. HORTON, INC., a Delaware Corporation, General Partner**

By: _____

Name:

Its: _David Booth    AVP_

STATE OF _Tx_

COUNTY OF _Dallas_

This instrument was acknowledged before me on the _27_ day of _Dec_ , 20 _18_ , by _David Booth_
of **D.R. HORTON, INC., a Delaware Corporation, General Partner of D.R. HORTON - TEXAS, LTD., a Texas Limited Partnership**, on behalf of said **LIMITED PARTNERSHIP.**

_____
Notary Public

CALEB JAMES BOWERS
Notary Public, State of Texas
Comm. Expires 03-06-2021
Notary ID 131035020

**After Recording Return To:**
**TIFFANE JOHNSON**
**2440 OPALINE DRIVE**
**AUBREY, TEXAS 76227**

Address Proof
Of Record